UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL EARL GLINTON,<br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA COUNTY, et al.,<br>　　　　Defendants. | Case No. 24-cv-01715 BLF (PR)<br><br>**JUDGMENT** |

　　The Court has dismissed the instant civil rights action with prejudice for failure to state a claim.  Judgment is entered accordingly.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

**Dated: __July 8, 2024_____**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
PRO-SE\BLF\CR.24\01715Glinton_judgment